```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                            :

MADELYN TAMAREZ;                             :

                                  Plaintiff,:

                                           :            1:21-cv-10678-GHW

              -against-                  :

                                           :            <u>ORDER</u>

KATHLEEN HOCHUL, et al.,          :

                                           :

                           Defendants.:

-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       The Court has received Plaintiff's letter dated March 3, 2022. Dkt. No. 18. On February 15, 2022, the Court entered an order directing the parties to either file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, or to file a joint letter advising the Court that the parties do not consent to conducting all further proceedings before the assigned magistrate judge. Dkt. No. 14. On February 28, 2022, the Court extended the deadline for the parties to act pursuant to the February 15 Order to March 22, 2022. Dkt. No. 17. Accordingly, the deadline for the parties to respond to the Court's order has not yet passed.

       Plaintiff should address any questions about the appointment of counsel to Judge Cave.

       The Clerk of Court is directed to mail a copy of this order to Plaintiff.

       SO ORDERED.

Dated: March 9, 2022
New York, New York
                                                          GREGORY H. WOODS
                                                      United States District Judge