UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADELYN TAMAREZ,

               Plaintiff,

   -v-

KATHLEEN HOCHUL, GOVERNOR, et al.,

               Defendants.

CIVIL ACTION NO.: 21 Civ. 10678 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

Pursuant to the telephone conference held today, August 18, 2022, the Court orders as follows:

1. Defendants shall promptly re-serve their pre-motion letters (ECF Nos. 22, 33) on Ms. Tamarez at the Rose M. Singer Center; and

2. By **September 21, 2022**, Ms. Tamarez shall file a letter notifying the Court whether she intends to stand on her current Complaint or whether she wishes to file an amended complaint.

The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Tamarez at the address below.

Dated:    New York, New York
           August 18, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
SARAH L. CAVE
**United States Magistrate Judge**

Mail to:
Madelyn Tamarez
#21G7608
NYSID: 09956745J
Rikers Island/RMSC
19-19 Hazen St.
E. Elmhurst, NY 11370