UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MADELYN TAMAREZ,<br><br>                Plaintiff,<br><br>  -v-<br><br>KATHLEEN HOCHUL, GOVERNOR, et al.,<br><br>                Defendants. | CIVIL ACTION NO.: 21 Civ. 10678 (GHW) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge:

By **November 23, 2022**, Plaintiff Madelyn Tamarez shall file her proposed amended complaint.

The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Tamarez at the address below.

Dated:     New York, New York  
            October 24, 2022

SO ORDERED.

_/s/ Sarah L. Cave_  
**SARAH L. CAVE**  
**United States Magistrate Judge**

Mail to:  
Madelyn Tamarez  
#21G7608  
NYSID: 09956745J  
Rikers Island/RMSC  
19-19 Hazen St.  
E. Elmhurst, NY 11370