UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MADELYN TAMAREZ,<br><br>          Plaintiff,<br><br>     -v-<br><br>KATHLEEN HOCHUL, et al.,<br><br>          Defendants. | CIVIL ACTION NO.: 21 Civ. 10678 (GHW) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge:

Pro se Plaintiff Madelyn Tamarez's request (ECF No. 59) for an extension of time to file her opposition to Defendants' motions to dismiss her Complaint (ECF Nos. 50, 54 (the "Motions")) is GRANTED, and the Court orders as follows:

1. By **February 14, 2023**, Ms. Tamarez shall serve and file her opposition to the Motions.

2. By **February 28, 2023**, Defendants shall serve and file their replies, if any.

The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Tamarez.

Dated:     New York, New York
           January 31, 2023

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**