UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MADELYN TAMAREZ,

                    Plaintiff,

    -against-                                    21 **CIVIL** 10678 (GHW)

                                                                   **JUDGMENT**

KATHLEEN HOCHUL, Governor of New
York, et al.,

                    Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 17, 2023, the Court has reviewed the R&R for clear error and finds none. See Braunstein v. Barber, No. 06 Civ. 5978 (CS) (GAY), 2009 WL 1542707, at *1 (S.D.N.Y. June 2, 2009) (explaining that a "district court may adopt those portions of a report and recommendation to which no objections have been made, as long as no clear error is apparent from the face of the record."). The Court has accepted and adopted the R&R in its entirety. For the reasons articulated in the R&R, the motions to dismiss are granted. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). Judgment is entered for Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

      July 17, 2023

                                                                   **RUBY J. KRAJICK**

                                                                     _____
                                                                     **Clerk of Court**

                                     **BY:**       K. Mango

                                                                       _____
                                                                     **Deputy Clerk**